Roberto J. Kampfner (SBN 179026)
rkampfner@whitecase.com
Andrew Mackintosh (SBN 266772)
amackintosh@whitecase.com
WHITE & CASE LLP
555 South Flower Street, Suite 2700
Los Angeles, CA 90071
Telephone:   (213) 620-7729

*Attorneys for Plaintiff*

Adam S. Cashman (SBN 255063)
acashman@singerbea.com
Katie Erno (SBN 264748)
kerno@singerbea.com
SINGER / BEA LLP
601 Montgomery Street, Suite 1950
San Francisco, California 94111
Telephone:   (415) 500-6080

Walter C. Cook (SBN 111330)
LAW OFFICES OF WALTER COOK
2995 Woodside Rd., Suite 400
Woodside, CA 94062-2448
Telephone:   (415) 902-8440

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORRESTSTREAM HOLDINGS LIMITED, a Cyprus company,<br><br>             Plaintiff,<br><br>        v.<br><br>GREGORY SHENKMAN (AKA GRIGORY SHENKMAN), an individual,<br><br>             Defendant. | Case No. 3:16-cv-01609-LB<br><br>**FURTHER STIPULATION TO RESCHEDULE HEARING ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>Action Filed: March 31, 2016<br><br>Hearing Date and Time:<br><br>Existing:    March 2, 2017, 9:30 a.m.<br>Proposed:  March 9, 2017, 9:30 a.m. |

Plaintiff Forreststream Holdings Limited, a Cyprus company ("**Plaintiff**," or

"**Forreststream**") and Defendant Gregory Shenkman (aka Grigory Shenkman), an individual

- 1 -

("**Defendant**," or "**Shenkman**," and, together with Plaintiff, the "**Parties**"), hereby enter into and submit this stipulation (the "**Stipulation**") requesting that the Court reschedule the hearing on *Plaintiff's Notice of Motion and Motion for Summary Judgment and in the Alternative Motion for Partial Summary Judgment/Adjudication; Memorandum of Points and Authorities* [D.I. 83] (the "**Motion**").

## RECITALS

WHEREAS, at Plaintiff's request, the Parties previously stipulated to have the Motion heard on March 1, 2017 at 9:00 a.m. [D.I. 93]; and

WHEREAS the Court notified the Parties that such date and time was unavailable and set the Motion for hearing on March 2, 2017 at 9:30 a.m.; and

WHEREAS Plaintiff's lead counsel has an unavoidable conflict on March 2, 2017 and has requested that Defendant stipulate to a hearing on the Motion on Thursday, March 9, 2017 at 9:30 a.m. as part of the Court's regularly scheduled motion calendar.

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for Forreststream and Mr. Shenkman, on behalf of their respective clients in the above-captioned action:

1. Subject to approval of the Court, the March 2, 2017 at 9:30 a.m. hearing date currently set for the Motion shall be vacated and the Motion shall be heard by the Court on March 9, 2017 at 9:30 a.m.

DATED: February 14, 2017                          WHITE & CASE LLP

                                                  By: /s/ Roberto J. Kampfner
                                                      Roberto J. Kampfner
                                                      *Attorneys for Plaintiff*

                                                  SINGER / BEA LLP

                                                  By: /s/ Adam S. Cashman
                                                      Adam S. Cashman
                                                      *Attorneys for Defendant*

1
2
3
4

Pursuant to Civil L.R. 5-1(i)(3), I, Roberto J. Kampfner, attest that Adam S. Cashman authorized me to electronically sign his name and file the above Stipulation via email received at 3:37 p.m. PT on February 14, 2017.

By:  /s/ Roberto J. Kampfner

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FORRESTSTREAM HOLDINGS LIMITED, a Cyprus company,<br><br>Plaintiff,<br><br>v.<br><br>GREGORY SHENKMAN (AKA GRIGORY SHENKMAN), an individual,<br><br>Defendant. | Case No. 3:16-cv-01609-LB<br><br>**ORDER GRANTING FURTHER STIPULATION TO RESCHEDULE HEARING ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

The Court, after full consideration of the *Further Stipulation to Reschedule Hearing on Plaintiff's Motion for Summary Judgment* (the "**Stipulation**"), and good cause appearing therefor:

**PURSUANT TO STIPULATION IT IS SO ORDERED.**

Date: 02/15/2017

Magistrate Judge Laurel Beeler
U.S. District Court, Northern District of California

- 1 -