UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| FORRESTSTREAM HOLDINGS LIMITED,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GREGORY SHENKMAN, et al.,<br><br>　　　　Defendants. | Case No. 16-cv-01609-LB<br><br>**ORDER TO SHOW CAUSE WHY PLAINTIFF'S APPLICATION FOR ORDER DIRECTING TURNOVER OF SHARES SHOULD NOT BE GRANTED**<br><br>Re: ECF No. 320 |

The court assumes the reader's familiarity with the subject matter and procedural history of this case. Briefly stated, plaintiff and judgment-creditor Forreststream Holdings Ltd. has been trying for some time to obtain discovery regarding Mr. Shenkman's assets to satisfy the over $5.3 million judgment that Mr. Shenkman owes Forreststream.[1] Forreststream states that Mr. Shenkman has not made any payments towards the judgment and has refused to provide meaningful responses to Forreststream's discovery requests regarding his assets.[2] In another litigation pending in this district, however, Mr. Shenkman has admitted to owning shares in a

---

[1] Forreststream Appl. – ECF No. 320 at 2–4. Citations refer to material in the Electronic Case File ("ECF"); pinpoint citations are to the ECF-generated page numbers at the top of documents.
[2] *Id.*

ORDER – No. 16-cv-01609-LB

Bermuda-chartered corporation, Return on Intelligence, Ltd. ("ROI").[3] Forreststream requests that the court order Mr. Shenkman to turn over his shares in ROI to the U.S. Marshal for levy and sale pursuant to the writ of execution issued in this case.[4]

The court orders Mr. Shenkman to appear before the court on November 15, 2018, at 9:30 a.m., and show cause why Forreststream's application for an order directing turnover of his shares in ROI should not be granted. (This is in addition to the court's earlier order that Mr. Shenkman appear on November 15 at 9:30 a.m. and show cause why Forreststream should not be granted leave to file a motion for sanctions.[5])

**IT IS SO ORDERED.**

Dated: November 14, 2018

LAUREL BEELER
United States Magistrate Judge

---

[3] *Id.* at 4; Forreststream Appl. Ex. B (Answer, *Return on Intelligence, Ltd. v. Shenkman*, No. 18-CV-00262-JSW (N.D. Cal. filed July 20, 2018), ECF No. 51) – ECF No. 320 at 18 (¶ 15).

[4] Forreststream Appl. – ECF No. 320 at 4.

[5] Order to Show Cause – ECF No. 317.