1
2
3
4
5
6
7

8          UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA

10               San Francisco Division

11  FORRESTSTREAM HOLDINGS          Case No. 16-cv-01609-LB
    LIMITED,
12
                Plaintiff,
13                                   **ORDER TO MR. SHENKMAN TO**
    v.                               **SHOW CAUSE WHY HE SHOULD NOT**
14                                   **BE HELD IN CONTEMPT AND**
                                     **SANCTIONED**
    GREGORY SHENKMAN, et al.,
15                                   Re: ECF No. 357, 378, 384
                Defendants.
16

17       The court assumes the reader's familiarity with the subject matter and procedural history of

18  this case.[1] Briefly stated, defendant Gregory Shenkman owes plaintiff Forreststream Holdings Ltd.

19  more than $5.3 million on the judgment in this case.[2] Mr. Shenkman has not made any payments

20  toward this judgment in the nearly 23 months since judgment was entered.[3]

21
22
23
24
_____

25  [1] For a fuller description of the subject matter and procedural history of this case, see the court's
    December 6, 2018 order. *Forreststream Holdings Ltd. v. Shenkman*, No. 16-cv-01609-LB, 2018 WL
26  6421866 (N.D. Cal. Dec. 6, 2018) (Order – ECF No. 339). Citations refer to material in the Electronic
    Case File ("ECF"); pinpoint citations are to the ECF-generated page numbers at the top of documents.

27  [2] *See* Mackintosh Third Aff. – ECF No. 314 at 2.

    [3] *See* Kampfner Decl. – ECF No. 329 at 2 (¶ 4).
28

Forreststream has attempted to take discovery of Mr. Shenkman and his assets.[4] The court has issued numerous orders directing Mr. Shenkman to respond to Forreststream's discovery requests and to turn over certain assets.[5] Mr. Shenkman has willfully failed to comply with the court's orders. *See, e.g.*, *Forreststream Holdings Ltd. v. Shenkman*, No. 16-cv-01609-LB, 2018 WL 6522218, at *3–4 (N.D. Cal. Dec. 11, 2018) (discussing Mr. Shenkman's willful violation of court orders).[6]

On January 2, 2019, the court issued an order directing Mr. Shenkman to pay to Forreststream from the account of GS&Co., LLC ("GS&Co.") $19,000 ("Turnover Order").[7] (This amount was later reduced to $15,950.[8]) The court further ordered that "[Mr.] Shenkman shall neither cause nor permit the transfer of any funds from the GS&Co. Account until his obligation imposed by this paragraph is satisfied."[9] On March 1, 2019, Forreststream filed a notice stating that Mr. Shenkman has not paid the $15,950 to Forreststream but has caused multiple disbursements from the GS&Co. account for personal purposes, in violation of the Turnover Order.[10]

On February 11, 2019, the court issued an order directing Mr. Shenkman to take certain enumerated actions to begin to bring himself into compliance with the court's prior orders ("Compliance Order").[11] Among other things, the Compliance Order required Mr. Shenkman (1) by February 21, 2019, to prepare a list of all wristwatches he has or ever had in his possession, custody, or control at any point between January 1, 2016 and the present, review that list with his ex-wife Yelena Shenkman, and produce the list to Forreststream with a declaration sworn under penalty of perjury attesting to the completeness and accuracy of that list and attesting that he

---

[4] *See, e.g.*, Forreststream Document Reqs. – ECF No. 292 at 8–21; Forreststream Interrogs. – ECF No. 292 at 23–33.

[5] Order – ECF No. 299; Order – ECF No. 326; Order – ECF No. 357.

[6] Order – ECF No. 345 at 5–7.

[7] Turnover Order – ECF No. 357 at 2.

[8] Order – ECF No. 377 at 3.

[9] Turnover Order – ECF No. 357 at 2.

[10] Forreststream Notice – ECF No. 384.

[11] Compliance Order – ECF No. 378.

reviewed that list with Ms. Shenkman,[12] and (2) by February 14, 2019, to produce all financial-account statements from January 1, 2016 to the present for himself, GS&Co., and MeForo USA, Inc., and, for any account statements he did not produce, produce to Forreststream a declaration sworn under penalty of perjury describing with specificity what efforts he made to obtain such account statements and why he was unable to do so.[13] On March 1, 2019, Forreststream filed a notice stating that Mr. Shenkman has not provided the required declaration regarding his watches (after twice requesting an extension from Forreststream) and has not provided all financial-account statements and has not provided the required declaration regarding his efforts to obtain such financial-account statements, in violation of the Compliance Order.

The court orders Mr. Shenkman to show cause why he should not be held in contempt and sanctioned for (1) not producing the declaration regarding his watches, (2) not producing the declaration regarding his efforts to obtain financial-account statements, and (3) causing disbursements from the GS&Co. account for personal purposes. Mr. Shenkman is ordered to appear in person before the court on March 7, 2019 at 9:30 a.m. and show cause.[14] The court further orders Mr. Shenkman to file any written response to Forreststream's notice by March 5, 2019. Forreststream may file a reply by March 6, 2019 at 2:00 p.m. The court reemphasizes again its earlier, repeated warnings to Mr. Shenkman that sanctions for contempt may include incarceration.[15]

**IT IS SO ORDERED.**

Dated: March 3, 2019

_____
LAUREL BEELER
United States Magistrate Judge

---

[12] *Id.* at 2–3.

[13] *Id.* at 3–4.

[14] The court also previously ordered Mr. Shenkman to appear before the court on March 7, 2019 at 9:30 a.m. Compliance Order – ECF No. 378 at 5.

[15] *See, e.g.*, Order – ECF No. 345 at 12–13.